# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

SULLIVAN & ASSOCIATES, LLC                                               PLAINTIFF

v.                              NO. 3:09CV00079 JLH

JEROMY DANIEL HOLLADAY                                                   DEFENDANT

## ORDER

The Court had previously scheduled a damages hearing for the afternoon of Monday, February 8, 2010, in Jonesboro, Arkansas. Due to inclement weather and hazardous driving conditions on that date the hearing was continued. A new hearing date will be set be separate notice.

IT IS SO ORDERED this 10th day of February, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE