**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

SULLIVAN & ASSOCIATES, LLC                                                                         PLAINTIFF

v.                                    Case No. 3:09CV00079 JLH

JEROMY DANIEL HOLLADAY                                                                         DEFENDANT

## JUDGMENT

Pursuant to the Findings of Fact and Conclusions of Law entered separately today, judgment is entered in favor of Sullivan & Associates, LLC, against Jeromy Daniel Holladay in the amount of $28,001.00 plus post-judgment interest to accrue at the rate of 0.30% per annum, for all of which judgment and execution may issue.

IT IS SO ORDERED this 25th day of June, 2010.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE