**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

SULLIVAN & ASSOCIATES, LLC                                                                PLAINTIFF

v.                                                    No. 3:09CV00079 JLH

JEROMY DANIEL HOLLADAY                                                                DEFENDANT

## ORDER

Sullivan & Associates, LLC, has filed a motion for attorneys' fees in the amount of $14,355.00 and expenses in the amount of $3,349.32.  Sullivan & Associates are entitled to recover fees in this case pursuant to 17 U.S.C. § 505.  The defendant has not objected to the motion for award of fees.  The amount requested is reasonable in light of the lodestar factors typically considered in such cases.  Therefore, fees will be awarded in the amount of $17,704.32 plus post-judgment interest pursuant to 28 U.S.C. § 1961.  A judgment will be entered accordingly.

IT IS SO ORDERED this 1st day of September, 2010.

_J. Leon Holmes_

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE