**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

SULLIVAN & ASSOCIATES, LLC                                                                              PLAINTIFF

v.                                          No. 3:09CV00079 JLH

JEROMY DANIEL HOLLADAY                                                                              DEFENDANT

## JUDGMENT

Pursuant to the order entered separately today, judgment is hereby entered in favor of Sullivan & Associates, LLC, against Jeromy Daniel Holladay in the amount of $17,704.32 plus post-judgment interest to accrue at the rate of 0.26% per annum, for all of which garnishment and execution may issue.

IT IS SO ORDERED this 1st day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE